Bryce K. Kunimoto
Nevada Bar No. 7781
Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SYMA SHERRATT, | Case No.: 3:23-cv-00580-MMD-CSD |
| Plaintiff, | |
| v. | |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC, | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Syma Sherratt and Defendants Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi") hereby stipulate that Sanofi be dismissed from all claims asserted by Plaintiff in this action, in their entirety, with prejudice. Each party is to bear its own attorneys' fees and costs.

DATED this 30th day of January, 2025.

| **BACHUS & SCHANKER, LLC** | **HOLLAND & HART LLP** |
|---|---|
| /s/ *J. Christopher Elliott* | /s/ *Bryce K. Kunimoto* |
| J. Christopher Elliott | Bryce K. Kunimoto |
| 950 17th Street | Robert J. Cassity |
| Suite 1050 | 9555 Hillwood Drive, 2nd Floor |
| Denver, CO 80202 | Las Vegas, NV 89134 |

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON LLP**
Christopher J. Kaufman (admitted *pro hac vice*)
ckaufman@shb.com
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550
Fax: 816.559.2745

*Attorneys for Defendants*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated:  January 30, 2025

Case No. 3:23-cv-00580-MMD-CSD

2

**CERTIFICATE OF SERVICE**

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on the 30th day of January 2025, I served a true and correct copy of the **JOINT STIPULATION OF DISMISSAL** as follows:

Darin Lee Schanker
Jere Kyle Bachus
Christopher Elliott
950 17th Street
Suite 1050
Denver, CO 80202

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　*/s/ Bryce K. Kunimoto*
　　　　　　　　　　　　　　　　　　　Bryce K. Kunimoto

34115532_v1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**From:** Raven Patterson <Raven.Patterson@coloradolaw.net>
**Sent:** Wednesday, January 29, 2025 2:42 PM
**To:** Murphy, Colin (SHB) <cmurphy@shb.com>; Kaufman, Chris (SHB) <CKAUFMAN@shb.com>; Chris Elliott <celliott@coloradolaw.net>
**Cc:** Bill Mercer <WWMercer@hollandhart.com>; Bryce Kunimoto <BKunimoto@hollandhart.com>; Rich, Steve (SHB) <srich@shb.com>
**Subject:** RE: Taxotere Cases - 9th Circuit

**External Email**

These drafts are approved by our office. You may file with Mr. Elliott's signature and updated dates.

Thank you,
Raven

**Raven Patterson** (she/her)
Litigation Paralegal
*direct* (303) 400-4274
Raven.Patterson@ColoradoLaw.net

**BACHUS SCHANKER**
ELLIOTT JOHNSON BERGMAN HOLTON SKEEN

please note our NEW mailing address
1801 California Street, Suite 4800, Denver, CO 80202
303-893-9800 | *fax* 303-893-9900 | ColoradoLaw.net

   

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure,

1